# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. 15-1805 as

☐ Retained ☐ Court-appointed(CJA) ☐ Court-assigned(non-CJA) ☐ Federal Defender ☐ Pro Bono ☑ Government

COUNSEL FOR: Craig W. Richards

_____ as the (party name)

☐ appellant(s) ☑ appellee(s) ☐ petitioner(s) ☐ respondent(s) ☐ amicus curiae ☐ intervenor(s)

*(signature)*

Clyde E. Sniffen Jr.
Name (printed or typed)

Alaska Department of Law
Firm Name (if applicable)

1031 W. 4th Ave. #200

Anchorage, AK 99501
Address

907-269-5200
Voice Phone

907-276-8554
Fax Number

Ed.Sniffen@Alaska.gov
E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on August 3, 2015 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Signature                                   8-3-15
                                            Date

05/07/2014
SCC